```
1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-734-0867
4  carl.faller@fallerdefense,com

5  Attorney for Defendant
```

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:10-cr-00360 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING; PROPOSED ORDER |
| vs. ) | |
| JESSE ENRIQUEZ, ) | Date: February 13, 2012 |
| Defendant. ) | Time: 9:00 am |
| | Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A sentencing hearing is currently set for January 23, 2012 at 9:00 am.

By agreement of the parties, it is requested that the sentencing hearing be continued until February 13, 2012 at 9:00 am.

The reason for this request is to allow for the debriefing of the defendant which is scheduled for February 2, 2012.

Dated:  September 15, 2011                                  Respectfully submitted,


                                                            /s/  Carl M. Faller_____
                                                            CARL M. FALLER
                                                            Attorney for Defendant

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | BENJAMIN B. WAGNER                                              |
|     | United States Attorney                                          |
| 2   |                                                                 |
| 3   | By  /s/ Karen A. Escobar                                        |
|     | KAREN A. ESCOBAR                                                |
| 4   | Assistant U.S. Attorney                                         |
|     | Attorney for the United States                                  |
| 5   |                                                                 |
| 6   | ORDER:                                                          |
| 7   | Based upon the stipulation of the parties and good cause appearing, it is hereby |
| 8   | ORDERED that the sentencing hearing currently set for January 23, 2012 at |
| 9   | 9:00 am, be continued to February 13, 2012 at 9:00 am.          |
| 10  |                                                                 |
| 11  |                                                                 |
| 12  | IT IS SO ORDERED.                                               |
| 13  | Dated:  January 17, 2012          _____    |
|     |                                   CHIEF UNITED STATES DISTRICT JUDGE |